UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    *    CHAPTER 13
JANE E. WARD              *    BANKRUPTCY NO. 15-12752
          Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATION REGARDING
### DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.  Certification Regarding Domestic Support Obligations*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒    I owed no domestic support obligation when I filed my bankruptcy petition and I have not been required to pay any such obligation since then.

☐    I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address:  _____

_____

*Part III.  Certification Regarding Section 522(q)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒    I have not claimed an exemption pursuant to §522(b)(3) and state and local law (1) in property that I or a dependant of mine uses as a residence, claims as a homestead or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $155,675.00 in value in the aggregate.

☐    I have claimed an exemption pursuant to §522(b)(3) and state and local law (1) that I or a dependant of mine uses as a residence, claims as a homestead or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $155,675.00 in value in the aggregate.

*Part IV Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

_____                         _____
Date                                            Debtor