```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                      Case No. 15-12752-amc
Jane E Ward                                                 Chapter 13
       Debtor                   CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR            Page 1 of 2         Date Rcvd: Jul 14, 2020
                             Form ID: 138NEW         Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db            +Jane E Ward,    1046 Rozel Avenue,    Southampton, PA 18966-4130
13513845       American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
13543067       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13544344       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13513846      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 79998-8835)
13513847       Barcleycard,    Card Services,    P.O. Box 8802,    Wilmington, DE 19899-8802
13513848      +Best Buy Credit Services,    P.O. Box 790441,    Saint Louis, MO 63179-0441
13513849       Boscov's,    P.O. Box 30257,    Salt Lake City, UT 84130-0257
13548484      +Cavalry SPV I, LLC,    Assignee of Capital One, N.A.,    Bass & Associates, P.C.,
                3936 E Ft. Lowell Road Suite #200,    Tucson, AZ 85712-1083
13546961      +Cavalry SPVI LLC assignee Capital One Bank USA, NA,     Bass Associates PC,
                3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
13610441      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13513851       Conestoga Bank,    Cardmemeber Service,    P.O. Box 6354,    Fargo, ND 58125-6354
13532147      +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13577161      +Hyundai Capital America DBA Kia Motors Finance,     PO Box 20825,
                Fountain Valley, CA 92728-0825
14412509      +JPMorgan Chase Bank, National Association,     c/o Kevin S. Frankel, Esquire,
                Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13565169      +Kenneth G. Harrison, Esq.,    Five Neshaminy Interplex Suite 115,    Trevose, PA 19053-6967
13513853      +Macy's,   Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
13513854       Sears Credit Cards,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13513855       Target Card Services,    P.O. Box 1581,    Minneapolis, MN 55440-1581
13839397      +Thomas Puleo,    KML Law Group P.C.,    c/o JPMorgan Chase Bank.,    701 Market Street ste 5000,
                Philadelphia Pa 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jul 15 2020 04:40:35     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2020 04:40:14
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 15 2020 04:40:29     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13529707       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 15 2020 04:46:59
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
13513850       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 15 2020 04:46:25     Capital One,
                P.O. Box 85520,   Richmond, VA 23285
13529212      +E-mail/Text: bncmail@w-legal.com Jul 15 2020 04:40:25     CERASTES, LLC,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13513852       E-mail/Text: mrdiscen@discover.com Jul 15 2020 04:39:54     Discover,    P.O. Box 30943,
                Salt Lake City, UT 84130
13519453       E-mail/Text: mrdiscen@discover.com Jul 15 2020 04:39:54     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13613807       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 15 2020 04:46:54
                JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219
13608788       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2020 04:46:42
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13782115       E-mail/Text: bnc-quantum@quantum3group.com Jul 15 2020 04:40:04
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13521312      +E-mail/Text: bncmail@w-legal.com Jul 15 2020 04:40:25     TD BANK USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: DonnaR             Page 2 of 2              Date Rcvd: Jul 14, 2020
                              Form ID: 138NEW          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
              JOSHUA I. GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               Josh.Goldman@padgettlawgroup.com
              KENNETH G. HARRISON    on behalf of Debtor Jane E Ward kghesq@juno.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jane E Ward
     Debtor(s)       Bankruptcy No: 15−12752−amc
     Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                    For The Court
                                    Timothy B. McGrath
                                    Clerk of Court

Dated: 7/14/20

                                              34 − 33
                                              Form 138_new