United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-12752-amc
Jane E Ward                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin              Page 1 of 2              Date Rcvd: Aug 07, 2020
                            Form ID: 3180W           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2020.
db          +Jane E Ward,   1046 Rozel Avenue,   Southampton, PA 18966-4130
13548484    +Cavalry SPV I, LLC,   Assignee of Capital One, N.A.,   Bass & Associates, P.C.,
              3936 E Ft. Lowell Road Suite #200,   Tucson, AZ 85712-1083
13546961    +Cavalry SPVI LLC assignee Capital One Bank USA, NA,   Bass Associates PC,
              3936 E Fort Lowell Road Suite 200,   Tucson, AZ 85712-1083
13532147    +Department Stores National Bank For Macys Branded,   Bankruptcy Processing,   Po Box 8053,
              Mason, OH 45040-8053
13577161    +Hyundai Capital America DBA Kia Motors Finance,   PO Box 20825,
              Fountain Valley, CA 92728-0825
13565169    +Kenneth G. Harrison, Esq.,   Five Neshaminy Interplex Suite 115,   Trevose, PA 19053-6967

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Aug 08 2020 04:11:11    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2020 04:10:37
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2020 04:10:57    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13543067     EDI: BECKLEE.COM Aug 08 2020 07:48:00    American Express Bank, FSB,   c o Becket and Lee LLP,
              POB 3001,   Malvern, PA 19355-0701
13544344     EDI: BECKLEE.COM Aug 08 2020 07:48:00    American Express Centurion Bank,
              c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13529707     EDI: AIS.COM Aug 08 2020 07:58:00    American InfoSource LP as agent for,
              Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
13529212    +E-mail/Text: bncmail@w-legal.com Aug 08 2020 04:10:49    CERASTES, LLC,
              C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13519453     EDI: DISCOVER.COM Aug 08 2020 07:48:00    Discover Bank,   Discover Products Inc,
              PO Box 3025,   New Albany, OH  43054-3025
13613807     EDI: JPMORGANCHASE Aug 08 2020 07:48:00    JPMorgan Chase Bank, N.A.,   3415 Vision Drive,
              OH4-7142,   Columbus, OH 43219
13608788     EDI: PRA.COM Aug 08 2020 07:48:00    Portfolio Recovery Associates, LLC,   POB 41067,
              Norfolk VA 23541
13782115     EDI: Q3G.COM Aug 08 2020 07:48:00    Quantum3 Group LLC as agent for,   MOMA Funding LLC,
              PO Box 788,   Kirkland, WA 98083-0788
13521312    +E-mail/Text: bncmail@w-legal.com Aug 08 2020 04:10:49    TD BANK USA, N.A.,
              C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:
            JOSHUA I. GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
              Josh.Goldman@padgettlawgroup.com
            KENNETH G. HARRISON    on behalf of Debtor Jane E Ward kghesq@juno.com
            KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
              pa-bk@logs.com
            KRISTEN D. LITTLE    on behalf of Creditor    JPMorgan Chase Bank, National Association
              pabk@logs.com,    klittle@logs.com

```
District/off: 0313-2            User: admin                Page 2 of 2                  Date Rcvd: Aug 07, 2020
                                Form ID: 3180W             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                 TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jane E Ward** | Social Security number or ITIN  **xxx–xx–5380** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **15–12752–amc** | |

# Order of Discharge                                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jane E Ward

<u>8/6/20</u>                                                                                 **By the court:**      <u>Ashely M. Chan</u>
                                                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**